IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALPHA K9 PET SERVICES, ET AL., § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> JEH JOHNSON, ET AL., § <br> Defendants. § | Civil Action No. B: 15-95 |

## ORDER

On July 20, 2015, the Defendants filed an unopposed motion for an extension of time to respond to the complaint. Dkt. No. 7.

The motion is **GRANTED**. The Defendants shall file a response to the complaint no later than August 13, 2015.

DONE at Brownsville, Texas, on July 20, 2015.

_____
Ronald G. Morgan
United States Magistrate Judge